No. 84–5300.  ROYSTER v. ADAMS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 84–5309.  MANNING-EL v. WYRICK, WARDEN, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 84–5315.  LEACH v. CARRASQUILLO ET AL.  C. A. 2d Cir. Certiorari denied.

No. 84–5316.  BRYANT v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 84–5318.  BELL v. DEROBERTIS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–5324.  BROWN v. NEWSOME, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–5327.  YOUNG v. DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 84–5335.  DAVIS v. BUTLER, SHERIFF, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–5347.  RUBEN-MORELL ET AL. v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 84–5361.  BORJA v. TERRITORY OF GUAM.  C. A. 9th Cir. Certiorari denied.

No. 84–5376.  HERALD v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 84–5387.  DANIELSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 84–5388.  KNUTTI ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 84–5402.  MAJESTIC v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–5403.  PARSON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.